IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DOUGLAS T. MURPHY** : **CIVIL ACTION**
:
    **v.** :
:
**DONALD L. KELCHMER, et al**. : **NO. 02-4631**

**O R D E R**

AND NOW, this      day of July, 2002, plaintiff having failed to either pay the filing fee to commence this civil action or file a motion to proceed in forma pauperis, IT IS HEREBY ORDERED that:

(1) The Clerk of Court shall CLOSE this action statistically;

(2) Plaintiff may reassert this action in the United States District Court for the Middle District of Pennsylvania, where venue appears to be properly laid pursuant to 28 U.S.C. § 1391(b);[1] and

(3) The Clerk of Court shall retain the original records filed in this case in the civil action file, and forward copies of these records to the plaintiff with this order.

**BY THE COURT:**

---

1. Because plaintiff's claim arose at S.C.I. Camp Hill, which is located in the Middle District of Pennsylvania, and because none of the defendants in this action appear to reside in the Eastern District of Pennsylvania, plaintiff's complaint may not be brought in the United States District Court for the Eastern District of Pennsylvania.

_____          _____
                                  **CLARENCE C. NEWCOMER, J.**