IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS T. MURPHY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DONALD KELCHMER, ET AL. | : | No. 02-CV-4631 |
| | : | |
| Defendants | : | |

<u>O R D E R</u>

AND NOW, this      day of July, 2002, the Court hereby ORDERS Plaintiff to pay the filing fee associated with his Complaint, or file a Motion to Proceed In Forma Pauperis within twenty (20) days of the date of this Order.

AND IT IS SO ORDERED

_____
Clarence C. Newcomer, S.J.